[Nos. 19091-5-II; 20355-3-II.    Division Two.    June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WALTER DECLUE, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, No. 94-1-00006-1, Milton R. Cox and Randolph Furman, JJ., entered May 20, 1994 and March 1,

1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.